# EXHIBIT A

# Business and Marketing Consulting Agreement

January 22, 2024

Zach Balo
2482 Township Road 1140
Coshocton OH 43812

Re: SnL Consulting LLC

Dear Mr. Balo:

This letter ("Agreement") states the terms and conditions of Zach Balo and /or DormDudeBreaks LLC (collectively the "Contractor") engagement by SnL Consulting LLC (the "Company") as a Business and Marketing Consultant. The Company and the Contractor hereby agree to the following terms and conditions.

RECITALS:

DormDudeBreaks LLC is a Sports card and Sports Memorabilia breaking/sales company engaged in the business of selling sports cards and memorabilia online / Streaming live as well as a static online store. DormDudeBreaks LLC is wholly owned and controlled by Zach Balo.

SnL Consulting LLC is a Delaware limited liability company engaged in the business of Live Selling consulting, management, and support.

**NOW, THEREFORE**, for and in consideration of the terms expressly set forth below, and the mutual covenants and conditions contained herein, the Parties agree as follows:

1. Recitals. The statements contained in the Recitals set forth above are true and correct and by their reference are made a part of this Agreement.

2. Duties. Subject to the terms of this Agreement, during the Term (as defined in Section 3 below), the Contractor shall use his best efforts to Live Sell Sports Cards and Sports Memorabilia online on platforms such as Tik Tok, Whatnot, eBay, Amazon, YouTube, etc. In that capacity, the Contractor shall report directly to the Company who supervises all sales and client management activities of the Contractor. The Contractor will be expected to devote sufficient time and efforts to the business and affairs of the Company. The Company will outline its deliverables in Addendum 1 to follow.

3. Term. The term of Contractor's Agreement shall commence on the Effective Date and run until the third anniversary of the Effective Date, unless sooner terminated in accordance with the terms of this Agreement (the "Term"), unless the parties agree to renew, extend, or enter into a new agreement with the Contractor prior to the end of the term of this Agreement.

4. Status of Independent Contractor. This Agreement does not constitute a hiring by either party. It is the parties' intent that Contractor shall have an independent contractor status and not be an employee for any purpose whatsoever. Contractor shall retain sole and absolute discretion in the manner and means of carrying out his duties and responsibilities under this Agreement. This Agreement shall not be considered a partnership or joint venture, and the Company shall not be liable for any obligations incurred by Contractor unless specifically authorized in writing. Contractor shall not act as an agent of the Company, ostensibly or otherwise, nor bind the Company in any manner, unless specifically authorized to do so with prior written consent. It is expressly agreed that the Company may contract with other parties to render the same or similar services contemplated hereunder.

5. Compensation. Contractor shall compensate the Company as follows:

Contractor agrees to pay 3% of the gross revenue of all sales of products sold by Contactor. Contractor will make payment to Company no later than the 5th of each month; the sum of 3% of the gross sales for the previous month.

(a) Contractor may request to withhold monthly payout and roll payment to a later

date. Contractor understands that written acknowledgment and agreement from Company will be required in order to roll a monthly payout to a later date.

6. Termination.

This Agreement may be terminated as follows:

(a) By the Company, at any time and immediately upon written notice to the Contractor if said discharge is for cause. Any one of more of the following conditions shall be deemed to be grounds for termination of the employment of the Contractor for cause under this Section 6

(b):

(i) If the Contractor shall fail or refuse to comply with the obligations required of him as set forth in this Agreement or comply with the policies of the Company established by the Company from time to time;

(ii) If the Contractor shall have engaged in conduct involving fraud, deceit, personal dishonesty, or breach of fiduciary duty, which in any such case has adversely affected, or may adversely affect, the business or reputation of the Company;

(iii) If the Contractor shall have become subject to continuing intemperance in the use of alcohol or drugs which has adversely affected, or may adversely affect, the business or reputation of the Company; or

(iv) If the Contractor shall have filed, or had filed against him, any petition under the federal bankruptcy laws or any state insolvency laws.



Initials: ZB

In the event of termination for cause, the Company shall be paid by the Contractor any commissions unpaid as of the effective date of termination.

(c) By the Contractor upon the lapse of thirty (30) days following written notice by the Contractor to the Company of the termination of this Agreement; provided, however, that the Company, in its discretion, may cause such termination to be effective at any time during such thirty (30) day period. If this Agreement is terminated subsequent to date of the Contractor's written notice, the Company shall be obligated to receive from the Contractor any commission unpaid as of the effective date of such resignation.

(d) If this Agreement is terminated by the death of the Contractor, this Agreement shall automatically terminate, and the Company shall receive from the Contractor's estate any commissions unpaid at the date of Contractor's death.

7. Noncompetition. The Contractor agrees that during the period of time the Company is retained to provide services to the Contractor, and thereafter for a period of twelve (12) months subsequent to the termination of the Agreement with the Company for any reason whatsoever Contractor will not enter the employ of, or have any interest in, directly or indirectly (either as Contractor, partner, director, consultant, principal, agent, or employee), any other entity which provides similar products and services as the Company, to include Live Selling Sports Cards, Sports memorabilia, or any other products online.

8. Nonsolicitation – Noninterference. The Contractor agrees that during the period of time the Contractor is provided with services from the Company, and thereafter for a period of two (2) years subsequent to the termination of the Company's services to the Contractor for any reason whatsoever, the Contractor will not:

(a) solicit for employment by Contractor, or anyone else, or employ any employee of the Company or any person who was an employee of the Company within 24 (twenty-four) months prior to such solicitation of employment;

(b) induce, or attempt to induce, any employee of the Company to terminate such employee's employment;

(c) induce, or attempt to induce, anyone having a business relationship with the Company to terminate or curtail such relationship or, on behalf of himself or anyone else, compete with the Company;

(d) knowingly make any untrue statement concerning the Company or its principals and employer to anyone; or

(e) permit anyone controlled by the Contractor, or any person acting on behalf of the Contractor or anyone controlled by an employee of the Contractor to do any of the foregoing.

9. Remedies. The Contractor agrees that the restrictions set forth in this Agreement are fair and reasonable. The covenants set forth in this Agreement are not dependent covenants and any claim against the Company, whether arising out of this Agreement or any other agreement or



Initials: ZB

contract between the Company and Contractor, shall not be a defense to a claim against Contractor for a breach or alleged breach of any of the covenants of Contractor contained in this Agreement. It is expressly understood by and between the parties hereto that the covenants contained in this Agreement shall be deemed to be a series of separate covenants. The Contractor understands and agrees that if any of the separate covenants are judicially held invalid or unenforceable, such holding shall not release him from his obligations under the remaining covenants of this Agreement. If in any judicial proceedings, a court shall refuse to enforce any or all of the separate covenants because taken together they are more extensive (whether as to geographic area, duration, scope of business or otherwise) than necessary to protect the business and goodwill of the Company, it is expressly understood and agreed between the parties hereto that those separate covenants which, if eliminated or restricted, would permit the remaining separate covenants or the restricted separate covenant to be enforced in such proceeding shall, for the purposes of such proceeding, be eliminated from the provisions of this Agreement or restriction, as the case may be.

10. Legitimate Business Interests. Contractor acknowledges and agrees that in the performance of his duties and this Agreement with the Company, Contractor will be in contact with customers, potential customers and/or information about customers or potential customers of the Company either in person, through the mails, by telephone or by other electronic means. Contractor also acknowledges and agrees that trade secrets and Confidential Information (as defined in Section 11 below) of the Company that will be gained by Contractor during Contractor's Agreement with the Company, have been developed by the Company through substantial expenditures of time, effort and financial resources and constitute valuable and unique property of the Company. Contractor further understands, acknowledges, and agrees that the foregoing makes it necessary for the protection of the Company's businesses that Contractor will not divert business or customers from the Company and will maintain the confidentiality and integrity of the Confidential Information as provided in this Agreement.

11. Confidential Information. Contractor recognizes and acknowledges that the customer list, vendor list, shareholder list, contracts, programs, trade secrets, financial data, future plans, records and other information as they may exist from time to time relating to the operation of the Company, subsidiaries or profit centers undertaken by the Company or any of their affiliates (collectively "Confidential Information") are valuable, special and unique assets of the Company. At no time during or after the Term will Contractor disclose any such Confidential Information, or any part thereof, to any person, corporation, association or other entity for any reason or purpose whatsoever, except as may be necessary in the performance of Contractor's duties hereunder or to Contractor's attorney in conjunction with litigation or as may be required by applicable laws or the determination by any duly constituted administrative agency. In the event of a breach or threatened breach by Contractor of the provisions of this Section, the Company, any subsidiaries or any of their affiliates shall be entitled to an injunction restraining Contractor from disclosing in whole or in part, such Confidential Information, or from rendering any services to any person, firm, corporation, association or other entity to whom such Confidential Information, in whole or in part, has been disclosed or is threatened to be disclosed. Nothing herein shall be construed as prohibiting the Company or its subsidiaries or any of their affiliates from pursuit of any other remedies available to them for such breach or threatened breach, including recovery of damages from Contractor.

12. Miscellaneous. This Agreement may not be modified or amended, and no provision hereof may be waived, except by an instrument in writing signed by the parties hereto. This



Initials: ZB

Agreement has been executed and delivered in the State of Florida, and its validity, interpretation, performance, and enforcement shall be governed by the internal laws of Florida, except to the extent such laws are superseded by applicable federal law. This Agreement is personal to Contractor and Contractor may not assign or delegate any of Contractor's rights or obligations hereunder but shall be binding upon and inure to the benefit of any successor or assign of the Company and the heirs, executors, administrators, and legal and personal representatives of Contractor's estate. Section headings are for convenience only and, being no part of this Agreement, shall not be used to interpret or modify the same. This Agreement represents the entire understanding with respect to the subject matter of this Agreement and supersedes all other discussions.

13. Notices. Notices must be in writing and delivered by certified mail return receipt, a recognized national overnight courier service or by facsimile to:

| If to the Company: | If to the Contractor: |
|---|---|
| 651 North Broad St.<br>Suite 201<br>Middletown DE 19709 | 355 Lycoming Ave<br>Hatboro PA 19040 |

or to such other address as any party may designate by notice complying with the terms of this Section. Each such notice shall be deemed delivered (a) on the date delivered, if by messenger or courier service; (b) on the date of the confirmation of receipt, if by fax; and (c) either upon the date of receipt or refusal of delivery, if mailed.

14. Specific Performance. Each of the parties acknowledges that the parties will be irreparably damaged (and damages at law would be an inadequate remedy) if this Agreement is not specifically enforced. Therefore, in the event of a breach or threatened breach by any party of any provision of this Agreement, then the other parties shall be entitled, in addition to all other rights or remedies which may be available at law or in equity, to an injunction restraining such breach, without being required to show any actual damage or to post an injunction bond, and/or to a decree for specific performance of the provisions of this Agreement.

15. Severability. If any provision of this Agreement or any other agreement entered into pursuant hereto is contrary to, prohibited by or deemed invalid under applicable law or regulation, such provision shall be inapplicable and deemed omitted to the extent so contrary, prohibited or invalid, but the remainder hereof shall not be invalidated thereby and shall be given full force and effect so far as possible. If any provision of this Agreement may be construed in two or more ways, one of which would render the provision invalid or otherwise voidable or unenforceable and another of which would render the provision valid and enforceable, such provision shall have the meaning which renders it valid and enforceable. Without limiting the generality of the foregoing, in the event the duration, scope or geographic area contemplated by this Agreement are determined to be unenforceable by a court of competent jurisdiction, the parties agree that such duration, scope or geographic area shall be deemed to be reduced to the greatest scope, duration or geographic area which will be enforceable.

16. Enforcement Costs. If any civil action, arbitration or other legal proceeding is brought for the enforcement of this Agreement, or because of an alleged dispute, breach, default or



Initials: ZB

misrepresentation in connection with any provision of this Agreement, the successful or prevailing party or parties shall be entitled to recover reasonable attorneys' fees, court costs and all expenses (including, without limitation, all such fees, taxes, costs and expenses incident to arbitration, appellate, bankruptcy and post judgment proceedings), incurred in that civil action, arbitration or legal proceeding, in addition to any other relief to which such party or parties may be entitled. Attorneys' fees shall include, without limitation, paralegal fees, investigative fees, and all other cost and expenses billed by the attorney to the prevailing party.

If the foregoing accurately states the terms of our understanding, please sign this letter in the space provided below to so indicate, whereupon this letter shall become a binding agreement between us.

Very truly yours,

**SnL Consulting LLC**, a Delaware limited liability company

By: ______________________________

Lawrence Legend, CEO

Accepted and agreed to this day 22nd

Of January 2024.

______________________________

Zach Balo



Initials:_____

**DormDudeBreaks LLC**
**Date: 1.20.2024**

SnL Consulting understands the challenges faced by live shopping streamers and businesses, especially when it comes to breakers and creators. Our partnership with Live Seller Pro allows us to offer an extensive range of services that can help you to focus on what you do best – Live Selling, while we handle the technical, operational, and other aspects of running a live shopping business.

**Basic Service Offering**

**System Set-Up:**
Comprehensive system set up tailored to your unique needs.
Includes setting up all necessary tech for a professional stream room including cameras, lights, mics, backdrops, and stream computer.
Overview training on troubleshooting and FAQs

**OBS Initial Set-Up:**
Proper configuration to ensure seamless streaming.
Overview training of the platform and FAQs

**OBS Design Deliverables:**
Branded overlays to enhance your brand's visibility.
Stream deck hotkeys for quick actions during your streams.
Stream effects to elevate viewer experience.

**Platform Connection and Set-Up (TikTok Shop):**
Connecting and integrating your streaming platform.
Ensuring all settings are optimized for a smooth streaming experience.

**Platform Operation Training:**
Comprehensive training on how to add products.
Guided walkthrough on starting your stream.
Instructions on how to pull in products during live sessions.

**Custom Emote Creation:**
Engage your community better with custom emotes.
Designed to resonate with your brand and audience.

**Backdrop Asset Creation:**
Enhance your streaming background with TV or banner assets.
Custom-designed to complement your brand and content theme.

**Highlight Capture Process:**
Ensure stream deck and OBS are optimized for highlight captures to facilitate social media content. Consult on proper storage and pipeline for content management



Initials: ZB

**14-Day Dedicated Support:**
Ensuring you have the support you need to feel comfortable managing all systems and tools.
Available by text, phone, and email

**Optional Services:**

**Ad Training/Management:**
Learn the best practices for advertising your live shopping sessions.
Techniques to maximize reach and viewer engagement.

**Social Media Highlight Management:**
Edit and post the best moments from your streams.
Use these highlights for promotional purposes and to engage your audience.

**Shipping Consultation**:
Leverage our years of experience to give you the best tips and tricks for efficiently and effectively manage shipping post live stream.

**Ongoing Support:**
Dedicated support team available for any technical or operational challenges.
Regular updates and maintenance to ensure smooth operations.

**Additional Amenities and Offerings:**

**Custom Repacks:**
SnL Consulting LLC will contract a 3rd party company to create, purchase for, pack, and ship a custom muti-sport repack product designed especially and exclusively for DormDudeBreaks LLC.

**Materials and Supplies Purchasing:**
SnL Consulting LLC will help to source better pricing for shipping materials required by DormDudeBreaks LLC. Products will be sourced and delivered to DormDudeBreaks LLC, DormDudeBreaks LLC will be invoiced for those materials.

**Merchandise:**
SnL Consulting LLC will help source a third-party company to make and distribute merchandise for DormDudeBreaks LLC.

**Product Sourcing and Fulfillment:**
SnL Consulting LLC will facilitate DormDudeBreaks LLC finding on procuring all products needed to sell on their live stream and in their static store. This includes Wax (unopened sports cards), Repacks, Memorabilia, and any other items that DormDudeBreaks LLC wishes to sell if those products are within the guidelines of the platform which DormDudeBreaks LLC wishes to use to sell said products.



Initials: ZB

**Support:**

SnL Consulting LLC will use all resources, partnerships, and personal relationships to assist in the success of DormDudeBreaks LLC. This will include attending meetings, making calls, and sending electronic communication to help DormDudeBreaks LLC handle any issues that may impede DormDudeBreaks ability to Live Stream and make money. SnL Consulting LLC will also leverage these same relationships to help ensure DormDudeBreaks is able to have the best possible pricing for all products that they wish to make available for purchase on their Live Stream as well as their static stores.

**Fanatics Product Purchasing**

SnL Consulting LLC shall receive 3.3% of all purchases of Fanatics products to be sold on any live stream or static store. This fee is to facilitate the ability to purchase direct from Fanatics.

**Pricing**:

Our comprehensive service package is priced at $10,000. This includes all the services listed above including 14 days of support. Does not include travel expenses. Optional services are available at an additional cost. Please reach out to us for detailed pricing on optional services.

****Fees for 'Optional Services', 'Additional Amenities and Offerings', any hardware, software, upgrades desired by DormDudeBreaks will be offered at a reduced price point and/or monthly subscription rate to be discussed if and when desired by DormDudeBreaks LLC****

Our primary goal is to provide an unhindered creative environment for live shopping streamers. With our expertise and dedicated support, we are confident that we can elevate your live streaming experience. We look forward to partnering with you and achieving great success together.

For any queries or to discuss further, please reach out to us at:

Lawrence Legend
813.298.2527
larry@snlent.com



Initials: ZB