# EXHIBIT B

[redacted]

## Account violation

**Reason**

Trademark Infringement
TikTok Shop Policy ›

**Date and time**

6/7/2025 12:44:19 PM

**Details**

TikTok Shop strives to create a shopping environment that customers can have confidence in. As such, content uploaded should not share or promote the sale of counterfeit products.

## Violation content



**Saturday Sports Chat**

Posted 6/7/2025 9:19:51 AM

**Related brands (1)**

green bay packers

[redacted]